[No. 13121–8–II.   Division Two.   June 26, 1991.]

INVESTCO PARTNERSHIP, *Appellant,* v. ANNA M. COY,
*Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 88–2–04720–6, J. Kelley Arnold, J., entered
July 28, 1989. *Affirmed* by unpublished per curiam opinion.


[No. 10671–3–III.   Division Three.   June 27, 1991.]

HENRY F. GALLAGHER, *Individually and as Administrator,
Appellant,* v. RAYMOND M. DECKER, ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 88–2–03588–6, Kathleen M. O'Connor, J.,
entered February 26, 1990. *Affirmed* by unpublished opin-
ion per Munson, J., concurred in by Shields, A.C.J., and
Thompson, J.


[No. 10558–0–III.   Division Three.   June 27, 1991.]

SEATTLE–FIRST NATIONAL BANK, *Plaintiff,* v. CENTRAL
MUSIC & VENDING, INC., ET AL,
*Defendants.*

RICHARD BERGLOFF, ET AL, *Plaintiffs,* v. CHARLES E.
LOOSVELDT, ET AL, *Respondents,* H. CLAY BARR,
ET AL, *Appellants.*

Appeal from judgments of the Superior Court for Benton
County, Nos. 87–2–00096–3, 87–2–00242–7, 87–2–00068–8,
Fred R. Staples, J., entered January 11, 1990. *Remanded*
by unpublished opinion per Hanson, J. Pro Tem., con-
curred in by Shields, A.C.J., and Munson, J.